[No. 30646-4-I.    Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SYDNEY E. KOERBER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07578-2, LeRoy McCullough, J., entered April 21, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 15553-2-II.    Division Two.    July 19, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. BRETT M. SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-01360-0, Thomas A. Swayze, Jr., J., entered December 17, 1991. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.

[Nos. 16133-8-II; 16319-5-II.    Division Two.    July 19, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER GIBSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CORNELIUS COX, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 289875R30, 253845R40, Thomas A. Swayze, Jr., and Donald H. Thompson, JJ., entered April 16, and June 17, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.